U. S. PRETRIAL SERVICES AGENCY
**MEMORANDUM**

To: The Honorable Stanley R. Chesler
United States District Court Judge

From: Mertice Evans
U.S. Pretrial Services Officer

cc: Joseph Minish
Assistant U.S. Attorney

Robert C. Scrivo
Defense Counsel

Date: April 14, 2014

Re: Lajewski, Wayne
Docket #: 14-CR00196-001

**Results of drug test:**

On April 9, 2014, the above named defendant tested positive for the presence of barbiturates and benzodiazepines.

**Action requested:**

____   The condition of drug testing and treatment is already in place and Pretrial Services will continue to test and treat this defendant.

____   We recommend no further action by the Court at this time.

__X__   Pretrial Services requests that the additional condition of Pretrial Services supervision with drug testing and treatment as deemed appropriate by Pretrial Services be ordered by the Court. The Assistant United States Attorney and defense counsel have been notified and they have no objection to the same.

_____
Honorable Stanley R. Chesler
United States District Judge

_4/15/14_____
Date